

FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

SEP 2 5 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

The judges of the Eighth Judicial District of the State of Montana have requested the assistance of retired District Judge Karen S. Townsend to assist with cases as needed on the civil court and the criminal court calendars in Department A, currently occupied by District Court Judge Gregory G. Pinski.

Judge Townsend has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, has advised that she is agreeable to assisting the Eighth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Karen S. Townsend, retired District Judge, is hereby called to active service in the District Court of the Eighth Judicial District of the State of Montana, to conduct all proceedings required by law as needed on the civil court and criminal court calendars in Department A.

2. Judge Townsend may assume judicial authority over all cases as requested by the District Court Judges of the Eighth Judicial District from October 1 through November 30, 2020. She shall have full authority to conduct all proceedings, including final orders or dispositions in matters over which she presides.

3. For all active service, Judge Townsend shall be paid the salary compensation to which she is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

A copy of this Order shall be filed with the District Court Clerk of Cascade County, with the request that this Order be publicly posted for all counsel of record in all cases scheduled on the civil court and criminal court calendars on which she will preside.

A copy of this Order shall be provided to the District Court Judges of the Eighth Judicial District, the Honorable Karen S. Townsend, Beth McLaughlin, Supreme Court Administrator, and Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 25th day of September, 2020.

_____
Chief Justice